[No. 27702-2-I.   Division One.   August 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LOREN
A. BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01178-6, Bobbe J. Bridge, J., entered Janu-

ary 23, 1990. *Remanded* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Baker, J.